**Mary Elizabeth YOUNG, Appellant,**

v.

**Nelson Lee YOUNG, Respondent.**

**No. WD 65450.**

Missouri Court of Appeals,
Western District.

Jan. 10, 2006.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 28, 2006.

John W. Stapleton, Jr., Kansas City, MO, for appellant.

Nelson Lee Young, Florence, MS, pro se.

Before SPINDEN, P.J., and HOWARD and HOLLIGER, JJ.

**Order**

PER CURIAM.

Mary Elizabeth Young appeals from the judgment of the Circuit Court of Jackson County entered upon this court's remand in *Young v. Young*, 152 S.W.3d 887 (Mo.

App. W.D.2005). Judgment affirmed. Rule 84.16(b).